In the Matter of the Application of the CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Title to Real Property for the Improvement of the Waterfront on Upper New York Bay between Simson Avenue, Clifton and Arrietta Streets, Tompkinsville, in the Borough of Richmond.

STATEN ISLAND RAILWAY COMPANY et al., Respondents and Appellants.

(Submitted October 10, 1927; decided October 18, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 246 N. Y. 1.)